CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 09 2016

JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RAHSAN DRAKEFORD,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:15-cv-00253 |
| v. | ) ) ) | **FINAL ORDER** |
| DR. MULLINS, et al.,<br>    Defendants. | ) ) ) | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Defendants' motion for summary judgment is **GRANTED**; Plaintiff's motion for default judgment is **DENIED**; and the case is **STRICKEN** from the court's active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 9th day of August, 2016.

/s/ Jackson L. Kiser
Senior United States District Judge